UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM BROWN III,

       Plaintiff,

v.                                            CASE NO: 14-12136
                                              HONORABLE VICTORIA A. ROBERTS

VAN RU CREDIT CORPORATION,

       Defendant.
_____/

## **JUDGMENT**

In accordance with the Order Granting Defendant's Motion for Judgment on the Pleadings, Judgment is entered in favor of Defendant, and against Plaintiff.

Entered on the 16th day of January, 2015.

                                            David Weaver
                                            Clerk of the Court

                     By:    S/Carol A. Pinegar
                              Deputy Clerk

Approved by:

S/Victoria A. Roberts
United States District Judge