UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM BROWN, III

    Plaintiff,

vs                                          Case No: 14-12136
                                          Honorable Victoria A. Roberts

VAN RU CREDIT CORPORATION,

    Defendant.
_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff filed a Motion for Reconsideration (Doc. 20). At the Court's request, Defendant filed a response.

Plaintiff's motion presents the same issues already ruled on by the Court. Further, the Plaintiff has failed to demonstrate a palpable defect by which the Court and the parties have been misled. L.R. 7(g)(3).

For these reasons, the motion is **DENIED**.

**IT IS SO ORDERED**.

                                                /S/ Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: March 4, 2015

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 4, 2015.

s/Linda Vertriest
Deputy Clerk